# Exhibit A

Keller | Lenkner

March 6, 2019

Mr. Robert H. Rieders
General Counsel
Postmates Inc.
201 Third Street, Suite 200
San Francisco, CA 94103

Re: Arbitration Demands

Dear Mr. Rieders:

Keller Lenkner LLC currently represents more than 3,000 Postmates drivers in California and Illinois. Our investigation shows that Postmates has misclassified these drivers as independent contractors, resulting in violations of their rights under federal, state, and local wage-and-hour laws. As required by Postmates' fleet agreement, we are prepared to serve individual demands for arbitration for each client with the American Arbitration Association ("AAA"). Attached are draft arbitration demands, as well as a list of clients for your reference.

Although Postmates' fleet agreement requires individual arbitration, we understand that individual arbitration is expensive. As you know, Postmates' fleet agreement requires Postmates to pay all arbitration-related costs, including arbitration retainers and filing fees. Applying its Employment/Workplace Fee Schedule, AAA will require Postmates to pay a $2,200 filing fee, a $750 administrative fee, and an arbitrator's retainer of $4,000 or more.

If we conclude that it is necessary to proceed to arbitration, we believe it is in our clients' interests to proceed with every arbitration simultaneously. Based on 3,000 drivers, proceeding to arbitration would obligate Postmates to pay AAA more than $20 million—to say nothing of Postmates' attorneys' fees and its underlying liability, which we believe is substantial. These numbers will continue to grow, as roughly 500 additional drivers engage our firm each week.

Before we serve demands on AAA that will trigger Postmates' obligation to pay the costs outlined above, it would be sensible for the parties to explore whether we can agree on an alternative process for resolving our clients' claims. Provided that Postmates would agree to at least a short period of tolling, we would agree to wait to file our clients' demands in order to discuss such an alternative process.

Please let me know if there is a convenient time between now and March 13, 2019, when you or a member of your team is available to discuss next steps. Feel free to contact me by email at ack@kellerlenkner.com. Thank you in advance for your prompt attention to this matter.

Sincerely,

Ashley Keller

Keller Lenkner LLC | 150 N. Riverside Plaza, Suite 4270, Chicago, IL 60606 | 312.741.5220 | kellerlenkner.com