# Exhibit D

**From:** **Ashley Keller** ack@ke er enkner.com
**Subject:** Postmates C ent Commun cat ons
**Date:** Apr 5, 2019 at 3:35 PM
**To:** Manthr pragada, Dhananjay S. DManthr pragada@g bsondunn.com, McKenna, Made e ne MMcKenna@g bsondunn.com

---

DJ,

A client informed us that Postmates has updated and communicated a revised draft of its fleet agreement, effective April 3, 2019, which includes a materially altered arbitration clause. This client was on the original list we sent to Postmates on March 6, 2019. I assume this communication was a mere oversight and that Postmates' legal department did not intentionally direct a communication to a party it knows is represented by counsel about a subject (the substantive terms of Postmates' arbitration clause) that is clearly within the scope of Keller Lenkner's representation.

I'd ask you to confirm: (1) that Postmates' lawyers will take steps to ensure Postmates does not further direct communications to our clients about anything concerning the subject of KL's representation; (2) that Postmates will contact any of our clients with whom it inadvertently communicated and inform them that the communication was in error; and (3) that any revised arbitration agreement will not apply to the clients Postmates knew KL represented as of the time of the errant communications.

Your prompt attention to this matter is requested.

Best regards,
Ashley

**Ashley C. Keller**
Partner
Keller | Lenkner
150 N. Riverside Plaza, Suite 4270 | Chicago, IL 60606
312.741.5222 | Website | Email