# Exhibit E

AMERICAN ARBITRATION ASSOCIATION® | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

Northeast Case Management Center
1301 Atwood Avenue, Suite 211N
Johnston, RI 02919
Phone: 866-293-4053
www.adr.org

# INVOICE/STATEMENT

Bill to: Ashley Keller, Esq.
Keller Lenkner
150 North Riverside Plaza
Suite 4270
Chicago, IL 60606

AAA Case No.: 01-19-0001-2994

**Invoice Date:** 26-Apr-2019
**Invoice Due Date:** May 3, 2019

| Date | Ref # | Description | Amount | Credits/Payments | Balance | Due Date |
|---|---|---|---|---|---|---|
| 26-Apr-19 | | AAA Filing Fees | $99,600.00 | $0.00 | $99,6000 | May 3, 2019 |

| Description | Amount Due |
|---|---|
| Claimants' Portion of Filing Fees – 332 Claimants v. Postmates | $99,600.00 |

| **BALANCE Due May 3, 2019:** | **$99,600.00** |
|---|---|

**IMPORTANT: RETURN COPY OF INVOICE TO ENSURE PROPER CREDIT**

BILLS ARE PAYABLE UPON RECEIPT

Please make checks payable to: **American Arbitration Association**

Please mail check to **American Arbitration Association**
**13272 Noel Road, Suite 700**
**Dallas, TX 75240**