Keith A. Custis (#218818)
  kcustis@custislawpc.com
CUSTIS LAW, P.C.
1875 Century Park East, Suite 700
Los Angeles, California  90067
(213) 863-4276

Ashley Keller (*pro hac vice forthcoming*)
  ack@kellerlenkner.com
Travis Lenkner (*pro hac vice forthcoming*)
  tdl@kellerlenkner.com
Marquel Reddish (*pro hac vice forthcoming*)
  mpr@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

*Attorneys for Petitioners*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| JAMAL ADAMS, et al., | Case No. 3:19-cv-03042 |
| *Petitioners,* | **DECLARATION OF TOM KAYES** |
| vs. | |
| POSTMATES INC., | |
| *Respondent.* | |

I, Tom Kayes, declare based on personal knowledge as follows:

1. I am an associate at Keller Lenkner LLC, counsel for Petitioners in this matter.

2. I have personal knowledge of the facts stated here, and if called upon as a witness, I could and would testify to them

3. This declaration is submitted in support of Petitioners' Motion to Compel Arbitration.

4. On or around April 5, 2019, Keller Lenkner clients, including Petitioners in this action, began informing us that Postmates was requiring them to agree to a new Fleet Agreement, the "2019 Fleet Agreement," before allowing them to sign into the Postmates app to make deliveries.

5. The 2019 Fleet Agreement requires couriers to split the administrative costs of arbitration equally with Postmates. That is a significant change from the 2018 Fleet Agreement, which required Postmates to pay all arbitration fees.

6. It is Keller Lenkner's position that the 2019 Fleet Agreement's arbitration-fee provision is unenforceable because (a) as a procedural matter, it was obtained from all Petitioners by circumventing their counsel, and (b) as a substantive matter, it obligates Petitioners to pay more fees to arbitrate their claims than they would pay to file their claims in court.

7. On or around April 22, 2019, I raised this issue with AAA.

8. AAA instructed me that any dispute over the fee provision must be resolved by individual arbitrators.

I affirm that the foregoing is true under penalty of perjury under the laws of the United States.

Signed on June 3, 2019 in Chicago, Illinois

/s/ Tom Kayes
Tom Kayes

DECLARATION OF TOM KAYES
CASE NO. 3:19-cv-03042

**CERTIFICATE OF SERVICE**

I certify that I shall cause the foregoing document to be served on Postmates Inc. at its headquarters at 201 Third Street, Suite 200, San Francisco, California 94103.

Dated: June 3, 2019                    /s/ Keith A. Custis