THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
  dmanthripragada@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

MICHELE L. MARYOTT, SBN 191993
  mmaryott@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone: 949.451.3800
Facsimile:  949.451.4220

Attorneys for Defendant POSTMATES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAMAL ADAMS, et al., | CASE NO. 4:19-cv-03042-SBA |
|---|---|
| Petitioners, | **NOTICE AND REQUEST FOR STATUS CONFERENCE** |
| v. | |
| POSTMATES INC., | Judge:    Hon. Saundra B. Armstrong |
| Respondent. | |

Postmates submits this notice to promptly inform the Court and Petitioners of a class action settlement in a separate case against Postmates alleging misclassification. The settlement, the terms of which are currently confidential, will impact the misclassification-based claims alleged by the nearly 6,000 Petitioners in this case and the purported arbitration demands that are the subject of the pending motions to compel arbitration. *See* Dkt. Nos. 4, 228. The motion for preliminary approval of the class action settlement is currently set to be filed later in September, and is expected to be heard sometime in October 2019.

Accordingly, Postmates respectfully requests that this Court schedule a status conference after October 2019, so that Postmates may update the Court on the status of the class action settlement and discuss the impact of the settlement on the pending motions to compel arbitration.

Dated: September 17, 2019

THEANE EVANGELIS
DHANANJAY S. MANTHRIPRAGADA
MICHELE L. MARYOTT
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Theane Evangelis*
         Theane Evangelis

Attorneys for Defendant POSTMATES INC.