UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMAL ADAMS, et al. | Case No:  19-3042 SBA |
| Petitioners, | **ORDER TO SHOW CAUSE RE CONTEMPT** |
| vs. | Dkt. 256 |
| POSTMATES, INC., | |
| Respondent. | |

Good cause appearing,

IT IS HEREBY ORDERED THAT Petitioners' Motion for an Order for Postmates to Show Cause Why It Should Not Be Held in Civil Contempt is GRANTED.  By no later than <u>December 11, 2019</u>, Respondent Postmates, Inc., shall submit a written response, not to exceed 15 pages, showing cause why it should not be held in contempt for violating this Court's order compelling arbitration.  The failure to timely file a written response to the order to show cause will be deemed to be a consent to the show cause order and the issuance of a contempt order which includes the imposition of sanctions.  In the event Respondent timely files a written response, Petitioners shall file a reply, not to exceed 10 pages, by no later than <u>December 19, 2019</u>.  No hearing will be held in connection with the order to show cause unless otherwise ordered by the Court.

IT IS SO ORDERED.

Dated:  12/03/19

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge