# Exhibit B

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

James P. Fogelman
Direct: +1 213.229.7324
Fax: +1 213.229.6234
Jfogelman@gibsondunn.com

Client: 74268-00007

December 10, 2019

Heather Santo
American Arbitration Association
1301 Atwood Ave., Suite 211N
Johnston, RI 02919

Re:     Individuals v. Postmates, Inc. – Case 01-19-0001-2994

Ms. Santo:

I write to provide below and in the attached the information that the parties discussed with AAA during the administrative conference call on December 6, 2019, and in the email correspondence from you and Postmates following the call.

**Fifty Arbitrations To Begin Immediately**

AAA asked Postmates to submit a list of fifty Claimants from Keller Lenkner's list for whom arbitration will commence expeditiously, subject to Postmates reserving all its rights.  In **Exhibit A**, Postmates identifies these fifty Claimants.  As both AAA and Keller Lenkner have confirmed, Claimants have waived objection to Postmates' identification of these Claimants. Please send Postmates an invoice for these 50 arbitrations so they can be paid and the matters can proceed immediately.

**Postmates' Formal Request for Information and Administrative Reopening of the Other Matters To Allow Evaluation of How These Matters Can Also Expeditiously Proceed**

Postmates has repeatedly requested basic information that would allow it to evaluate AAA's assertion that it can proceed with 5,255 individual arbitrations simultaneously, and to determine how to expeditiously proceed with the other 5,000-plus arbitrations.  To date, the only explanation AAA has provided for why it has not provided this information is that it does not provide services for free.  To address this concern, Postmates has offered to pay for AAA's time gathering the requested information.

AAA has asked that Postmates submit a "formal request" for this "limited service." Accordingly, Postmates formally requests that AAA promptly provide to the parties a list of all arbitrators that AAA would make available for arbitration of these matters and their availability over the next year or more.  Postmates further formally states that it is willing to pay for AAA's time gathering this information.

# GIBSON DUNN

Heather Santo
December 10, 2019
Page 2

Further, your December 6 email correspondence stated that "AAA, with over 90 years of experience, has various mechanisms for handling large volume caseloads." Postmates formally requests that AAA explain in detail the "various mechanisms" for handling large volume caseloads, such as the 5,000-plus identical arbitrations filed by Keller Lenkner. Again, Postmates formally states that it is willing to pay for AAA's time gathering this information.

Finally, as discussed, Postmates formally requests that AAA administratively reopen the matters while Postmates evaluates the requested information and determines how to expeditiously proceed with the 5,000-plus arbitrations.

As discussed during the December 6 conference call, you agreed to escalate Postmates' request within AAA. We appreciate your willingness to do so.

## Postmates Has No Record That 1,195 Claimants Did Any Work Using Postmates' Platform

AAA requested that Postmates provide a list of the individuals who never did any work using Postmates' platform. Postmates has no record that 715 of the 5,255 Claimants ever accepted any version of the Fleet Agreement, and no record that an additional 480 Claimants ever did any work using the platform. Moreover, Postmates' records indicate that at least 95 additional Claimants completed their last delivery on the platform on or before June 2, 2017; all of those Claimants' misclassification-based claims were released in the class action settlement finally approved in *Singer v. Postmates, Inc.*, No. 4:15-cv-01284-JSW, Dkt. 98 (N.D. Cal. Apr. 25, 2018).

That means 1,290 of Keller Lenkner's Claimants (approximately 25%) never completed a single delivery on the platform after the *Singer* settlement period and thus have no claims or business before AAA. Yet, AAA has assessed a minimum of $1,900 in filing fees for each of these individuals—for a minimum total of $2,451,000. That is outrageous. And AAA has never provided any reason for insisting that Postmates pay nearly $2.5 million just to find out that 1,290 Claimants indisputably have no right to arbitration or recovery in the first place.

Further, Keller Lenkner recently identified nine Claimants who "have elected not to move forward." *Adams v. Postmates Inc.*, No. 4:19-cv-03042-SBA, Dkt. 256 at 1 n.1 (N.D. Cal. Nov. 27, 2019). Those nine Claimants are: Antonio Aguilar, Riley Barrad, Mark Williamson Dayrit, Elise Franks, Chris Luna, Patrick Mannella, Brian Merrick, Lee Obrien, and Maurice Webster. Keller Lenkner has not informed AAA that these Claimants no longer wish to pursue their claims, so AAA has continued to assess a minimum total of $17,100 in fees for these Claimants. There is no reason for Postmates to pay filing fees attributable to these individuals.

# GIBSON DUNN

Heather Santo
December 10, 2019
Page 3

Attached as **Exhibit B** is a list of the 715 Claimants for whom there is no record of acceptance of any version of the Fleet Agreement, **Exhibit C** is a list of the 480 Claimants who never completed a single delivery using Postmates' platform, and **Exhibit D** is a list of the 95 Claimants who completed their last delivery on the platform on or before June 2, 2017.

Sincerely,

 /s/ *James P. Fogelman*

James P. Fogelman

cc: Ashley Keller
    Warren Postman
    Travis Lenkner
    Sean Duddy

# Exhibit A

|    | Claimant_First | Claimant_Last |
|----|----------------|---------------|
| 1  | Najma          | Abubakar      |
| 2  | Alejandro      | Acosta        |
| 3  | Christie       | Alford Schaefer |
| 4  | Joseph         | Alvarez       |
| 5  | Jassmine       | Amos          |
| 6  | David          | Anderson      |
| 7  | Joshua         | Appiah        |
| 8  | Amanda         | Boyett        |
| 9  | Baltazar       | Camacho       |
| 10 | Ricardo        | Carcamo       |
| 11 | Moises         | Caro          |
| 12 | Rachel         | Castillo      |
| 13 | Randall        | Cavers        |
| 14 | Shaun          | Clagg         |
| 15 | Philip         | Cockrell      |
| 16 | Darren         | Darby         |
| 17 | Nichole        | Davis         |
| 18 | Catherine      | Dunkins       |
| 19 | Brandon        | Fierro        |
| 20 | Jeremy         | Fodor         |
| 21 | Becky          | Gibson        |
| 22 | Dylan          | Gonzalez      |
| 23 | Benjamin       | Guterry       |
| 24 | Annita         | Howze         |
| 25 | Tito           | Iraheta       |
| 26 | Kary           | James         |
| 27 | Lionel         | Johnson       |
| 28 | Whitmond       | Jones         |
| 29 | Sharon         | Lyles         |
| 30 | Kelley         | Mccallum      |
| 31 | Michael        | Mccracken     |
| 32 | Kyrie          | Mcdonald      |
| 33 | Jorge          | Mercado       |
| 34 | Kyle           | Miller        |
| 35 | Kendrick       | Moon          |
| 36 | Jalen          | Pace          |
| 37 | Julie          | Pearce        |
| 38 | Joshua         | Pickering     |
| 39 | Yoel           | Preda         |
| 40 | Jeison         | Reyesbobadilla |
| 41 | Jameelah       | Ross          |
| 42 | Marcus         | Sanchez       |
| 43 | Tabatha        | Simpson       |
| 44 | Amanda         | Sorg          |
| 45 | Amrit          | Thapa         |
| 46 | Michael        | Thomas        |
| 47 | Walter         | Thornburgh    |
| 48 | Daniel         | Valdez        |
| 49 | Larry          | White         |
| 50 | Brenden        | Wright        |

# Exhibit B

| | Claimant_First | Claimant_Last |
|---|---|---|
| 1 | Adriana | Aaron |
| 2 | Jorge | Abreu |
| 3 | Martha | Acevedo |
| 4 | Christopher | Adams |
| 5 | Jordan | Adamson |
| 6 | Henry | Agapito |
| 7 | David | Ajam |
| 8 | Lavelle | Alexander |
| 9 | Martin | Almonaci |
| 10 | Fernando | Alvim |
| 11 | Anthony | Ambartsoumian |
| 12 | Kunal | Amin |
| 13 | Rehannon | Aragon |
| 14 | Nicole | Arbucklr |
| 15 | Carolyna | Arevalo Herrera |
| 16 | Nestor | Armenta |
| 17 | Mitch | Arnold |
| 18 | Alexis | Arreguin |
| 19 | Josiah | Arrington |
| 20 | Jesse | Arteaga |
| 21 | Ghazi | Aryan |
| 22 | Alejandro | Avila |
| 23 | Elisa | Aviles |
| 24 | Edwin | Ayala |
| 25 | Erika | Ayitiah |
| 26 | Anthony | Bailey |
| 27 | Chris | Bailey |
| 28 | Gurprit | Bains |
| 29 | Jacquon | Baker |
| 30 | Nick | Bakopoulos |
| 31 | Jan | Balashov |
| 32 | Dominick | Baldwin |
| 33 | Farrah | Balitaan |
| 34 | Geana | Banks |
| 35 | Alisa | Banta |
| 36 | Savannah | Barber |
| 37 | Mikeala | Barnes |
| 38 | Brandi | Barnett |
| 39 | Phillip | Barron |
| 40 | Diego | Bartolome |
| 41 | Chet | Baskerville |
| 42 | Otis | Bassett |
| 43 | Kyle | Bates |
| 44 | Chante | Bates |
| 45 | Youssef | Bayrem |
| 46 | Tamarah | Beales |
| 47 | Kayla | Bean |
| 48 | Hysaune | Beemon |

| | Claimant_First | Claimant_Last |
|---|---|---|
| 49 | George | Bell |
| 50 | Sylvia | Bell |
| 51 | Austin | Belles |
| 52 | Clayton | Bendigkeit |
| 53 | Jeffrey | Berganza |
| 54 | Dessa | Bernabe |
| 55 | Alec | Bernstein |
| 56 | Karter | Bessey |
| 57 | Adrien | Bestion De Camboulas |
| 58 | Divyesh | Bhakta |
| 59 | Avishek | Bista |
| 60 | Jason | Blackshire |
| 61 | Usa | Blanco |
| 62 | Ashley | Blannon |
| 63 | Dennis | Bloodsaw |
| 64 | Catherine | Bob |
| 65 | Emile | Bodnar |
| 66 | Sadiq | Bolden |
| 67 | Carla | Bowen |
| 68 | Monika | Bowers |
| 69 | Alyna | Boyer |
| 70 | Thomas | Brager |
| 71 | Rodney | Brewer |
| 72 | Dyrek | Bridges |
| 73 | Breeanna | Briggs |
| 74 | Hector | Briseno |
| 75 | Jon | Brown |
| 76 | Brenae | Brown |
| 77 | Marcus | Brown |
| 78 | Michelle | Brown |
| 79 | Ebony | Brown |
| 80 | Mark | Brown |
| 81 | Walter | Bryant |
| 82 | Mark | Bullard |
| 83 | Alex | Burke |
| 84 | Kevin | Burman |
| 85 | Louissin | Burns |
| 86 | Shaquita | Burns |
| 87 | Keldren | Burt |
| 88 | Jason | Bustos |
| 89 | Jarrod | Butt |
| 90 | Robyn | Byes |
| 91 | Julian | Byles |
| 92 | Beverly | Bynum |
| 93 | Carlos | Calderon |
| 94 | Issac | Callahand |
| 95 | Adan | Camarena |
| 96 | Carina | Camberos |

| | Claimant_First | Claimant_Last |
|---|---|---|
| 97 | Becky | Campbell |
| 98 | Anthony | Campbell |
| 99 | Gabriel | Campos |
| 100 | José | Campos |
| 101 | Jessica | Canche |
| 102 | Jc | Cannegieter |
| 103 | David | Capablanca |
| 104 | Chris | Capron |
| 105 | Caroline | Cardona |
| 106 | Jonathan | Carino |
| 107 | Shannon | Carranza |
| 108 | Angel | Carrera |
| 109 | Anthony | Carrillo |
| 110 | Juanita | Carter |
| 111 | Tamika | Carter |
| 112 | Judy | Case |
| 113 | Alejandro | Casillas |
| 114 | Kara | Caspillo-Collins |
| 115 | Joel | Castaneda |
| 116 | Christian | Castello |
| 117 | Jesse | Castellon |
| 118 | Rhianna | Castillo |
| 119 | Jorge | Catalan |
| 120 | Guillermo | Centella |
| 121 | Justin | Cha |
| 122 | Somer | Chambers |
| 123 | Richard | Chaney |
| 124 | Allen | Channel |
| 125 | Daniel | Chapman |
| 126 | Elizabeth | Cheeves |
| 127 | Nok | Cheung |
| 128 | Darrell | Childs |
| 129 | Farhad | Choksy |
| 130 | Jorge | Chrisman |
| 131 | Saiman | Chu |
| 132 | Hurticine | Chukwudire |
| 133 | Rineisha | Citizen |
| 134 | Omahar | Clariday |
| 135 | Anna | Clark |
| 136 | Michael | Clark |
| 137 | Robert | Clark |
| 138 | Steve | Clarke |
| 139 | Loan | Co |
| 140 | Johnbosco | Codio |
| 141 | Blake | Coffey |
| 142 | Jeremy | Cofield |
| 143 | Michael | Colbert |
| 144 | Jamar | Cole |

| | Claimant_First | Claimant_Last |
|---|---|---|
| 145 | Janea | Coleman |
| 146 | Lindsey | Colosey |
| 147 | Artesia | Combs |
| 148 | Michael | Conde |
| 149 | Aaron | Contreras |
| 150 | Shayla | Cook |
| 151 | Shawn | Cook |
| 152 | Christopher | Coon |
| 153 | Anjelica | Corbett |
| 154 | Y | Coronado |
| 155 | April | Craighead |
| 156 | Travis | Crawford |
| 157 | Gideon | Crawley |
| 158 | David | Crosby |
| 159 | Christopher | Cruce-Montana |
| 160 | Kevin | Cummins |
| 161 | Edward | Cunningham |
| 162 | Corey | Cunningham-Foster |
| 163 | Shikara | Daan |
| 164 | Scott | Daniels |
| 165 | Rebecca | Darknell |
| 166 | Dorrance | Darling |
| 167 | Adam | Davis |
| 168 | Temekisa | Davis |
| 169 | Jakob | Davis |
| 170 | Nevada | Davoode |
| 171 | Jamaury | Day |
| 172 | Allen | Day |
| 173 | Aubrey | De Brocky |
| 174 | Andrew | Deans |
| 175 | Steicyrlens | Decarde |
| 176 | Jose | Delgado |
| 177 | Jesus | Delgado |
| 178 | Kristine | Delrosario |
| 179 | Jesus | Delucio |
| 180 | Gabriel | Demetro |
| 181 | Kyneitria | Deramus |
| 182 | Jasmine | Diaz |
| 183 | Marylou | Diaz |
| 184 | Gilbert | Diaz |
| 185 | Richard | Dillman |
| 186 | Ebony | Dodson |
| 187 | Tanner | Donahue |
| 188 | Scott | Donko |
| 189 | Matthew | Donovan |
| 190 | Jude | Drechsler |
| 191 | Joshua | Duncan |
| 192 | Jeri | Dunford |

| | Claimant_First | Claimant_Last |
|---|---|---|
| 193 | Lesly | Earnest |
| 194 | Cassandra | Edilloran |
| 195 | Austin | Edmondson |
| 196 | Clint | Edwards |
| 197 | Jared | Edwards |
| 198 | Trevor | Eichler |
| 199 | Ahmed | Elsharkawy |
| 200 | Iesha | Emanuel |
| 201 | Nicholas | Emina |
| 202 | Michelle | Engebretson |
| 203 | Claudia | Espinoza |
| 204 | Robert | Estefani |
| 205 | Alfonso | Evans |
| 206 | Kariem | Fahmy |
| 207 | Edmund | Fanthorpe |
| 208 | Christina | Faragalla |
| 209 | Lisa | Farr Jagodzinski |
| 210 | Paige | Farris |
| 211 | Kevin | Feleo |
| 212 | Lisa | Ferns |
| 213 | Francisco | Ferreira |
| 214 | Tomica | Fields |
| 215 | Alexander | Fierro-Clarke |
| 216 | Susano | Florentino |
| 217 | Pablo | Flores |
| 218 | Dallas | Fonseca |
| 219 | Gail | Fontelera |
| 220 | Angel | Ford |
| 221 | Renee | Ford |
| 222 | Star | Foreman |
| 223 | Brittaney | Fox |
| 224 | Michael | Franco |
| 225 | John | Franks |
| 226 | Michelle | Freed |
| 227 | Elizabeth | Freeman |
| 228 | Nicholas | Frick |
| 229 | Irma | Gallo |
| 230 | Janeth | Gallo |
| 231 | Matthew | Galvan |
| 232 | Sara | Galvez |
| 233 | Omar | Garcia |
| 234 | Liliana | Garcia |
| 235 | Melody | Garcia |
| 236 | Jonathan | Garcia |
| 237 | Nicholas | Garcia |
| 238 | Rebecca | Garcia |
| 239 | Diana | Garcia |
| 240 | Martha | Garcia |

| | Claimant_First | Claimant_Last |
|---|---|---|
| 241 | Alex | Garcia |
| 242 | Ashley | Garcia |
| 243 | Daniel | Garcia |
| 244 | Jose | Garcia |
| 245 | Maysea | Gardner |
| 246 | Will | Gates |
| 247 | Gayane | Gevorkyan |
| 248 | David | Gilliam |
| 249 | Sharron | Gilmore |
| 250 | Damien | Girdler |
| 251 | Stacey | Glover |
| 252 | Karina | Gomez |
| 253 | Mayra | Gomez |
| 254 | Jovany | Gómez |
| 255 | Sonya | Gonzalez |
| 256 | Annette | Goodman |
| 257 | Colin | Goodson |
| 258 | Noelle | Gordon |
| 259 | Bill | Goswick |
| 260 | Valerie | Greene |
| 261 | Madison | Gregor |
| 262 | Jeremiah | Gregorio |
| 263 | Gezille | Gregorio |
| 264 | Amandeep | Grewal |
| 265 | Ron | Grey |
| 266 | Vanessa | Griewing |
| 267 | Raydell | Griffin |
| 268 | Alexander | Grimaldi |
| 269 | Adam | Gruber |
| 270 | Iris | Guardado |
| 271 | Grant | Guthrie |
| 272 | David | Gutierrez |
| 273 | Jennifer | Guyse |
| 274 | Natasha | Habash |
| 275 | David | Hahn |
| 276 | Yvonne | Hale |
| 277 | Samuel | Hall |
| 278 | Thomas | Handzlik |
| 279 | William | Harp |
| 280 | Shireen | Harris |
| 281 | Tatiana | Harris |
| 282 | Christa | Harvey |
| 283 | Koki | Hasegawa |
| 284 | Jonathan | Hatanian |
| 285 | Jenna | Hawes |
| 286 | Ralleda | Hayes |
| 287 | Kayla | Hayes |
| 288 | Javier | Hayes |

| | Claimant_First | Claimant_Last |
|---|---|---|
| 289 | Carly | Heath |
| 290 | Samantha | Henry |
| 291 | Ehren | Herguth |
| 292 | Zena | Hernandez |
| 293 | Daniel | Hernandez |
| 294 | Jesus | Hernandez |
| 295 | Max | Hernandez |
| 296 | Oscar | Hernandez |
| 297 | Omar | Hernandez |
| 298 | Liesa | Hernandez |
| 299 | Jorge | Hernandez |
| 300 | Tomaz | Heru |
| 301 | Auther | Hewitt |
| 302 | Jon-Michael | Hice |
| 303 | Corelle | Hill |
| 304 | Brenna | Hills-Wilson |
| 305 | Jalen | Hines |
| 306 | Lindsey | Hitchens |
| 307 | Bryan | Hiyas |
| 308 | Justin | Hodges |
| 309 | Robert | Hoffman |
| 310 | Collind | Holliday |
| 311 | Latisha | Holloway |
| 312 | Wesley | Holloway |
| 313 | Tony | Hooker |
| 314 | Heather | Hooper |
| 315 | Sahmaad | Hopkins |
| 316 | Tierra | Hopper |
| 317 | Larissa | Horvath |
| 318 | David | Howard |
| 319 | Talia | Hudgens |
| 320 | Angelina | Huertas |
| 321 | Totiannah | Hunter |
| 322 | Michael | Huston |
| 323 | Alexandria | Hutner |
| 324 | Obinna | Ikerionwu |
| 325 | Sumoyyah | Irving |
| 326 | Hanna | Ishchenko |
| 327 | Evgeny | Ivanov |
| 328 | Jonathan | Jackson |
| 329 | Michelle | Jackson |
| 330 | Nicholas | Jackson |
| 331 | Elana | Jackson |
| 332 | Noah | Jackson |
| 333 | Justin | Jackson |
| 334 | Colin | Jackson |
| 335 | Rena | Jacquez |
| 336 | Shayna | Jai |

| | Claimant_First | Claimant_Last |
|---|---|---|
| 337 | Maria | James |
| 338 | Catherine | Jardine |
| 339 | Domecia | Jasper |
| 340 | Acacia | Jett-Smith |
| 341 | Oscar | Jimenez |
| 342 | Krystal | Jimenez |
| 343 | Patrick | Johnson |
| 344 | Sherri | Johnson |
| 345 | Ashley | Johnson |
| 346 | Tyler | Johnson |
| 347 | Lashona | Johnson |
| 348 | Jasleen | Johnson-Smith |
| 349 | Gabriella | Jones |
| 350 | Kelsey | Jones |
| 351 | Nekia | Jones |
| 352 | Jakalah | Jones |
| 353 | Eric | K |
| 354 | Joshua | Karst |
| 355 | Deidra | Kendrix |
| 356 | Xaviera | Kennedy |
| 357 | Kaylee | Khamphady |
| 358 | Nho | Khau |
| 359 | Linda | Killingbeck |
| 360 | Arnold | Kim |
| 361 | Alex | Kirya |
| 362 | Scott | Kissinger |
| 363 | Lauren | Klein |
| 364 | Nicholas | Ko |
| 365 | Julian | Koehne |
| 366 | Carmel | Kolbrener |
| 367 | Dillon | Krull |
| 368 | Ambrocha | Lacey |
| 369 | Jenna | Lafferty |
| 370 | Kayla | Lampson |
| 371 | Christina | Lara |
| 372 | Brittany | Lara |
| 373 | Melissa | Lara |
| 374 | Jacob | Lau |
| 375 | Sharawn | Laws |
| 376 | Xuan | Le |
| 377 | Chandler | Le Francis |
| 378 | Marco | Leano |
| 379 | Edward | Lee |
| 380 | Mala | Lemnah |
| 381 | Jerice | Lemons |
| 382 | Jesus | Leon |
| 383 | Marquez | Lewis |
| 384 | Moriah | Leyba |

| | Claimant_First | Claimant_Last |
|---|---|---|
| 385 | Cameron | Lgutierrez |
| 386 | Ross | Lipschultz |
| 387 | Macson | Lo |
| 388 | Paige | Logan |
| 389 | Justin | Lohorn |
| 390 | Adam | London |
| 391 | Tracielopes | Lopes |
| 392 | Stephanie | Lopez |
| 393 | Silvia | Lopez |
| 394 | Donnita | Lopez |
| 395 | Elias | Lucio |
| 396 | David | Luna |
| 397 | Adolfo | Luna |
| 398 | Amanda | Luna |
| 399 | Jacky | Luo |
| 400 | Veronica | Mabalot |
| 401 | Laquisha | Mackey |
| 402 | Tyler | Mai |
| 403 | Siune | Mansoorian |
| 404 | John | Mansour |
| 405 | Selena | Marion |
| 406 | Janee | Markland |
| 407 | Michael | Marquez |
| 408 | Urfia | Martin |
| 409 | Alana | Martin |
| 410 | Felipe | Martin |
| 411 | Darnell | Martin |
| 412 | Delillian | Martin |
| 413 | Cynthia | Martin |
| 414 | Daina | Martinez |
| 415 | Natalie | Martinez |
| 416 | Joe | Martinez |
| 417 | Paul | Martinez |
| 418 | Priscilla | Martinez |
| 419 | Renee | Martinez |
| 420 | Julie | Martz |
| 421 | Jenae | Mason |
| 422 | Thomas | Mason |
| 423 | Michael | Matsumoto |
| 424 | Brandy | Maughs |
| 425 | Tania | Mayer |
| 426 | Christopher | Mcconnaughey |
| 427 | Jonathan | Mccormick |
| 428 | Robin | Mccray |
| 429 | Nathan | Mccuistion |
| 430 | Austin | Mcdermot |
| 431 | Kyle | Mckasty |
| 432 | Rodney | Mckenzie |

| | Claimant_First | Claimant_Last |
|---|---|---|
| 433 | Sherrie | Mcmihelk |
| 434 | Omahr | Mead |
| 435 | Franklin | Melendez |
| 436 | Brooke | Melhorn |
| 437 | Brian | Merrick |
| 438 | Cory | Miinch |
| 439 | Amanda | Miller |
| 440 | Lindsey | Miller |
| 441 | Machella | Miller |
| 442 | Corey | Miller |
| 443 | Kellie | Minor |
| 444 | Markelle | Mitchell |
| 445 | Maria | Molony |
| 446 | Jamie | Moniz |
| 447 | Jose | Montes |
| 448 | Ben | Montoya |
| 449 | Frank | Montoya |
| 450 | Valerie | Moore |
| 451 | Glenda | Morales |
| 452 | Melissa | Morales |
| 453 | Stephanie | Morales |
| 454 | Melissa | Morales |
| 455 | Jacob | Morgan |
| 456 | Destiny | Morlet |
| 457 | Jennifer | Moss |
| 458 | Elias | Moya |
| 459 | Mary | Mukes |
| 460 | Brennen | Mulcahy |
| 461 | Jessica | Munoz |
| 462 | Michael | Murillo |
| 463 | Joseph | Murr |
| 464 | Latoya | Murray |
| 465 | Christopher | Murray |
| 466 | Mohamed | Nasreldin |
| 467 | Angelica | Navar |
| 468 | Karyn | Neal |
| 469 | Georges | Nesim |
| 470 | Matthew | Newman |
| 471 | Anh | Nguyen |
| 472 | Tony | Nguyen |
| 473 | Christian | Nieves |
| 474 | Danielle | Noah |
| 475 | Noah | Noblado |
| 476 | Jason | Norcross |
| 477 | Latoya | Norman |
| 478 | Keith | Odett |
| 479 | Dareatha | Odom |
| 480 | Daniel | Ojeda |

| | Claimant_First | Claimant_Last |
|---|---|---|
| 481 | Juan | Ojeda Jr |
| 482 | Brigitte | Olguin |
| 483 | Christine | Oneal |
| 484 | Bryan | Oropeza |
| 485 | Danny | Orosco |
| 486 | Taren | Ortega |
| 487 | Joel | Ortega |
| 488 | Daisy | Ortiz |
| 489 | Roberta | Osako |
| 490 | Majjilee | Osuagwu |
| 491 | Alyssa | Padgett |
| 492 | Tamara | Paige |
| 493 | Dominic | Paniccia |
| 494 | George | Pappas |
| 495 | Jayden | Patel |
| 496 | Ariana | Patterson |
| 497 | Derrick | Patterson |
| 498 | Robert | Patterson |
| 499 | Tiffany | Payne |
| 500 | Kaitlin | Pearson |
| 501 | Ethan | Peck |
| 502 | Tiffany | Pedraza |
| 503 | Juan | Pena |
| 504 | Alex | Peraza |
| 505 | Katie | Perez |
| 506 | Sergio | Perez |
| 507 | Jonathan | Perez |
| 508 | Silva | Petani |
| 509 | Demetrius | Phillips |
| 510 | Kurtis | Phillips |
| 511 | Jerrard | Pichon |
| 512 | Ronald | Piner |
| 513 | Robert | Prado |
| 514 | Christin | Price |
| 515 | Shaniessa | Prichett |
| 516 | Alfonce | Prince |
| 517 | Alexis | Quijano |
| 518 | Manuel | Quinn |
| 519 | Nicholas | Rainwater |
| 520 | Carlos | Ramirez |
| 521 | Rhiannon | Ramirez |
| 522 | Johnny | Ramirez |
| 523 | Carlos | Ramirez-Fabian |
| 524 | Mark | Rangel |
| 525 | Patrik | Rara Eun |
| 526 | Rhonda | Ravega |
| 527 | Amanda | Redfern |
| 528 | Remington | Redfern |

| | Claimant_First | Claimant_Last |
|---|---|---|
| 529 | Michael | Reeves |
| 530 | Jenni | Reichert |
| 531 | Silvia | Reina Gutierrez |
| 532 | Carissa | Reyes |
| 533 | Desiree | Reyes |
| 534 | Angel | Reyes |
| 535 | Candace | Rich |
| 536 | John | Richard |
| 537 | Matthew | Richardson |
| 538 | Kimberly | Ricks-Sponberg |
| 539 | Loretta | Riddle |
| 540 | Lekischa | Riley |
| 541 | David | Riley |
| 542 | Jillian M | Rios |
| 543 | Claudia | Rivas |
| 544 | David | Robbins |
| 545 | Alex | Rocha |
| 546 | Brittany | Rodriguez |
| 547 | Andy | Roman |
| 548 | Robert | Rosbaugh |
| 549 | Brittany | Rosenberg |
| 550 | Lecretia | Ruffin |
| 551 | Frank | Rugnetta |
| 552 | Jose | Ruiz |
| 553 | Jorge | Ruiz |
| 554 | Felipe | Ruiz Jr |
| 555 | Danielle | Russell |
| 556 | Leyla | Saghafi |
| 557 | Zakaria | Said |
| 558 | Theresa | Said |
| 559 | Karen | Sánchez |
| 560 | Michelle | Sanchz |
| 561 | Chantell | Sanders |
| 562 | Brianna | Sandoval |
| 563 | Jonathan | Sandoval |
| 564 | Zoey | Sanford |
| 565 | Rocco | Santana |
| 566 | Elizabeth | Santiago |
| 567 | Danielle | Santilli |
| 568 | Mark | Sardina |
| 569 | Rebecca | Scarbrough |
| 570 | Jordan | Schneider |
| 571 | Dana | Schultz |
| 572 | Samantha | Scott |
| 573 | Kelly | Selvidge |
| 574 | Loire | Sendejas |
| 575 | Chanalisa | Sera |
| 576 | Juan | Serrano |

| | Claimant_First | Claimant_Last |
|---|---|---|
| 577 | Paolo | Shamoon |
| 578 | Eric | Shawula |
| 579 | Chelsea | Shelton |
| 580 | Weiwen | Sheng |
| 581 | Spencer | Siddens |
| 582 | Kelly | Silva |
| 583 | Christopher | Silva |
| 584 | Osvaldo | Silva |
| 585 | Andrew | Silva |
| 586 | Wayne | Simard |
| 587 | Lisa | Slattery |
| 588 | John | Sloane |
| 589 | Brenna | Smith |
| 590 | Tiffany | Smith |
| 591 | Jasons | Smith |
| 592 | Meca | Smith |
| 593 | Stephanie | Smith |
| 594 | Michael | Smoot |
| 595 | Lee | Solomon |
| 596 | Joey | Sorce |
| 597 | Paul | Sosa |
| 598 | Jessica | Sosbee |
| 599 | Danny | Soto |
| 600 | Timothy | Stanley |
| 601 | Crystal | Steele |
| 602 | Melissa | Stemen |
| 603 | Karina | Stephens |
| 604 | Amanda | Stevens |
| 605 | Kaile | Stevens |
| 606 | John | Stevens |
| 607 | Anthony | Stevenson |
| 608 | William | Stewart |
| 609 | Amber | Stockert |
| 610 | Lisa | Stover |
| 611 | Kyle | Stutesman |
| 612 | Hari | Subedi |
| 613 | Marleen | Sullivan |
| 614 | Ryan | Sumerlin |
| 615 | Donna | Sumpman |
| 616 | Olivia | Swaim |
| 617 | Ruby | Swope |
| 618 | Alfreda | Swygert |
| 619 | Maria | Taamu |
| 620 | Esequiel | Tapia |
| 621 | Nataly | Tapia |
| 622 | Serafina | Tapper |
| 623 | Marjan | Tareq |
| 624 | Mary | Tate |

| | Claimant_First | Claimant_Last |
|---|---|---|
| 625 | Stephanie | Tavarez |
| 626 | Malarie | Taylor |
| 627 | Shawntay | Taylor |
| 628 | Cynthia | Taylor |
| 629 | Jamel | Thomas |
| 630 | Emille | Thomas |
| 631 | Erwin | Thompson |
| 632 | Kasha | Thompson |
| 633 | Michaelle | Thompson |
| 634 | Maixee | Thor |
| 635 | Kimberly | Thornton |
| 636 | Jan | Tillman |
| 637 | Ivan | Tocar |
| 638 | Priscilla | Tocki |
| 639 | Justin | Toney |
| 640 | Travis | Torres |
| 641 | Micah | Torres |
| 642 | Veronica | Torres |
| 643 | Moises | Torres |
| 644 | Evelyn | Torres |
| 645 | Jenifer | Torres |
| 646 | James | Townsend |
| 647 | Nguyen Quoc Huy | Tran |
| 648 | Raymond | Tran |
| 649 | Kelsey | Tredwell |
| 650 | Joshua | Truelson |
| 651 | Monica | Trujillo |
| 652 | Salma | Ubwa |
| 653 | Aleksandr | Umanskiy |
| 654 | Ebubechukwuu | Uzoukwu |
| 655 | Leo | Valdez |
| 656 | Justin | Valle |
| 657 | Aurora | Valle |
| 658 | Thuy | Van |
| 659 | Carlisa | Vanburen |
| 660 | Bao | Vang |
| 661 | Bryan | Vanveen |
| 662 | Andrea | Vazquez |
| 663 | Jose | Vazquez |
| 664 | Andrea | Velasquez |
| 665 | Jonas | Ventura |
| 666 | Hayley | Victory |
| 667 | John | Vinzon |
| 668 | Tylor | Vo |
| 669 | Peter | Voet |
| 670 | Antonio | Walk |
| 671 | Justin | Walker |
| 672 | James | Walker Iii |

| | Claimant_First | Claimant_Last |
|---|---|---|
| 673 | Erick | Wallace |
| 674 | Brenda | Walls |
| 675 | Patrick | Waters |
| 676 | Symphony | Watts |
| 677 | Marianne | Welch |
| 678 | Deanna | West |
| 679 | Sylvia | West |
| 680 | Michael | Western |
| 681 | Diane | Whitaker |
| 682 | Derek | White |
| 683 | Jason | White |
| 684 | Christopher | White |
| 685 | Michele | Whitman |
| 686 | Matthew | Wilds |
| 687 | Tahj | Wiliams |
| 688 | Michael | Wilke |
| 689 | Courtney | Williams |
| 690 | Ronald | Williams |
| 691 | Denise | Williams |
| 692 | Denzell | Williams |
| 693 | Tiffanie | Willingham |
| 694 | Paula | Willis |
| 695 | Brandon | Willis |
| 696 | Alexzus | Wills |
| 697 | Reginald | Wilson |
| 698 | Keyon | Wilson |
| 699 | Arion | Wingfield |
| 700 | Cheree | Winston |
| 701 | Hadassah | Winston |
| 702 | Phillip | Woods |
| 703 | Stacey | Wright |
| 704 | Sylvester | Wright |
| 705 | John | Wu |
| 706 | Rachelle | Wyse |
| 707 | Aaron | Yancey |
| 708 | Jennifer | Yates |
| 709 | Nicholas | Yocom |
| 710 | Jason | York |
| 711 | Jamal | Young |
| 712 | Johnnie | Young |
| 713 | Jimmy | Young |
| 714 | Ibis | Zelaya |
| 715 | Yvette | Zepeda |

# Exhibit C

| | Claimant_First | Claimant_Last |
|---|---|---|
| 1 | Tyrie | Abdul-Hameen |
| 2 | Josie | Abilez |
| 3 | Christopher | Adams |
| 4 | Mueez | Adigun |
| 5 | Albert | Agudo |
| 6 | Carlos | Aguilar |
| 7 | Christian | Aguirre |
| 8 | Roman | Alejandro |
| 9 | Abdullah | Ali |
| 10 | Md Wazed | Ali |
| 11 | Lindsay | Allen |
| 12 | Glen | Allen |
| 13 | Lydia | Allen |
| 14 | Gerald | Alvarado Iii |
| 15 | Jhoselin | Alvarez |
| 16 | Valerie | Alvarez |
| 17 | Catrina | Alviso |
| 18 | Latishe | Anderson |
| 19 | Mariz | Arcangel |
| 20 | Vincent | Archie |
| 21 | Shaun | Arnold |
| 22 | Adam | Assad |
| 23 | Dion | Asuncion |
| 24 | Stephen | Baker |
| 25 | Adrian | Baltazar |
| 26 | Adeniyi | Bamiro |
| 27 | César | Barajas |
| 28 | Ryan | Barksdale |
| 29 | Myya | Barnes |
| 30 | Dominique | Barnett |
| 31 | Dantwan | Bass |
| 32 | Jonathan | Beaucicaut |
| 33 | Toby | Bell |
| 34 | Shamar | Bell |
| 35 | Brianne | Bell |
| 36 | Leon | Benitez |
| 37 | Matthew | Berg |
| 38 | Felicia | Billingslea |
| 39 | Shavione | Blackshear |
| 40 | Jonathan | Bogart |
| 41 | Jarrett | Bohanna |
| 42 | Dariene | Bolds |
| 43 | Ryan | Bonds |
| 44 | Nicole | Bowls |
| 45 | Catherine | Boyd |
| 46 | Rayne | Bridges |
| 47 | Dylan | Brigode |
| 48 | Dawn | Brim |
| 49 | Joshua | Brooks |

| | Claimant_First | Claimant_Last |
|---|---|---|
| 50 | Jay | Brooks |
| 51 | Peter | Brown |
| 52 | Shounta | Brown |
| 53 | Heather | Brown |
| 54 | Shaina | Brown |
| 55 | Joseph | Brown |
| 56 | Jason | Brown |
| 57 | Carlton | Brunner |
| 58 | Angel | Bryant |
| 59 | Amanda | Buck |
| 60 | Quina | Bullock |
| 61 | Sharon | Burian |
| 62 | Patrice | Burke |
| 63 | Roland | Burns |
| 64 | Eric | Bush |
| 65 | Renee | Butler |
| 66 | Seville | Cain |
| 67 | Cardell | Calloway |
| 68 | Carlos | Canton |
| 69 | Kevin | Cantu |
| 70 | Ernest | Carithers |
| 71 | Jesse | Carrillo |
| 72 | Tommy | Carson |
| 73 | Shaharazaad | Carter |
| 74 | Brittani | Casey |
| 75 | Kym | Cashen |
| 76 | Andrew | Chand |
| 77 | Jasmine | Chatman |
| 78 | Mahwish | Choudhry |
| 79 | Scott | Christiansen |
| 80 | Matilde | Claros |
| 81 | Lexa | Clay |
| 82 | Leslie | Cole |
| 83 | Kimberly | Cole |
| 84 | Jason | Coles |
| 85 | Kelsey | Comick |
| 86 | Monet | Commer |
| 87 | Ilene | Contreras |
| 88 | Malik | Conway |
| 89 | Michelle | Cooley |
| 90 | Darling | Cordon |
| 91 | Pedro | Cortes |
| 92 | Robin | Costales |
| 93 | Claire | Costanza |
| 94 | Ray | Cowan |
| 95 | Valencia | Cranshaw |
| 96 | Brittany | Crenshaw |
| 97 | Candace | Crittle |
| 98 | Jonathan | Cruz |

| | Claimant_First | Claimant_Last |
|---|---|---|
| 99 | Amber | Cuahutle |
| 100 | Dallas | Cupp |
| 101 | Stephanie | Curtis |
| 102 | Sharon | Daniels |
| 103 | Dazhon | Darien |
| 104 | Jose | Davila |
| 105 | Ryan | Davis |
| 106 | Austen | Day |
| 107 | Karalyn | Deboer |
| 108 | Chauncey | Denham |
| 109 | Collin | Dennis |
| 110 | Karim | Diao |
| 111 | Ruben | Diaz |
| 112 | Raiven | Dickerson |
| 113 | Christopher | Diego |
| 114 | Destiny | Dismuke |
| 115 | Chrystine | Dodd |
| 116 | Tania | Domingue |
| 117 | Richard | Don |
| 118 | Matthew | Donovan |
| 119 | Sabrina | Douglass-Salmons |
| 120 | Bentley | Duke |
| 121 | Ebony | Earl |
| 122 | Megan | Eejima |
| 123 | Demetrius | Elkins |
| 124 | Geneva | Ellison |
| 125 | Victor | Eltanal |
| 126 | Albert | Espalin |
| 127 | Justin | Estavillo |
| 128 | Dymond | Farrow |
| 129 | Nicole | Feltus-Vanderpool |
| 130 | Dexter | Fernandez |
| 131 | Leoni | Fernando |
| 132 | Lamont | Fields |
| 133 | Manuel | Figueroa |
| 134 | Rona | Fillmore |
| 135 | Arnulfo | Flores |
| 136 | Joseph | Flores |
| 137 | Salvacion | Fortuna |
| 138 | Zayjon | Franklin |
| 139 | Daniel | Freeman |
| 140 | Rachelle | Fuentez |
| 141 | Simone | Fuqua-Redd |
| 142 | Antonio | Galarza |
| 143 | Patricia | Galindo |
| 144 | Jhay | Gambol |
| 145 | Stephanie | Garcia |
| 146 | Esther | Garcia |
| 147 | Brian | Garrett |

| | Claimant_First | Claimant_Last |
|---|---|---|
| 148 | Natanael | Garza |
| 149 | Cherelle | Gerrald |
| 150 | Leo | Gettleson |
| 151 | Devin | Getty |
| 152 | Jason | Gilbert |
| 153 | Tayron | Giovani |
| 154 | Louis | Gipson |
| 155 | Anton | Glamb |
| 156 | Jakub | Goldas |
| 157 | Celina | Goldsmith |
| 158 | Rudy | Gomez |
| 159 | Luis | Gomez |
| 160 | Matthew | Gonzales |
| 161 | Andres | Gonzalez |
| 162 | Tanisha | Green |
| 163 | Dante | Green |
| 164 | Kris | Greer |
| 165 | Yehoshua | Grossman |
| 166 | Michelle | Gutierrez |
| 167 | Blanca | Gutierrez |
| 168 | Evelin | Gutierrez |
| 169 | Bryan | Guzman |
| 170 | Anita | Hall |
| 171 | Dominic | Hamilton |
| 172 | Tanya | Hammond |
| 173 | Shanae | Hampton |
| 174 | Kevin | Hampton |
| 175 | Darrell | Hampton Jr |
| 176 | Christopher | Harper |
| 177 | Alajah | Harper |
| 178 | Tenecia | Harris |
| 179 | Matthew | Harrison |
| 180 | Jeff | Hartman |
| 181 | Adream | Hayes |
| 182 | Danielle | Heaney |
| 183 | Breeaunna | Henry |
| 184 | Astrid | Hernández |
| 185 | Rhonda | Higdon |
| 186 | Brittany | Hilliard |
| 187 | James | Hinojos |
| 188 | Spencer | Hohl |
| 189 | Jessica | Holland |
| 190 | Mohammad | Hoque |
| 191 | Akiel | Horn |
| 192 | Corey | Huber |
| 193 | John | Humphrey |
| 194 | Squally | Hunter |
| 195 | Oscar | Hurtado |
| 196 | Andres | Icaza |

|     | Claimant_First | Claimant_Last |
| --- | --- | --- |
| 197 | Christine | Isaman |
| 198 | Danielle | Jackson |
| 199 | Tamanika | Jackson |
| 200 | Andy | Jacobo |
| 201 | Krysta | Jacobson |
| 202 | Nason | Jaimes |
| 203 | Willie | Jennings |
| 204 | Michael | Johnson |
| 205 | Gerald | Johnson |
| 206 | Dyvon | Johnson |
| 207 | Dana | Johnson |
| 208 | Ronnisha | Jones |
| 209 | James | Jones |
| 210 | Debra | Jones |
| 211 | Mark | Juloya |
| 212 | Khyra | Kahn |
| 213 | David | Karzian |
| 214 | Taylor | Kelly |
| 215 | Christopher | Kennedy |
| 216 | Lauren | Key |
| 217 | Said | Khalef |
| 218 | Mehran | Khalili |
| 219 | Waseem | Khan |
| 220 | Daniel | Kincaid |
| 221 | Josh | Kirk |
| 222 | Michael | Kirkwood |
| 223 | Anna | Kleyman |
| 224 | Wilfried | Kouadio |
| 225 | Leslie | Kukuk |
| 226 | Bernardo | Labansat |
| 227 | Audrey | Lagarde |
| 228 | Jade | Landon |
| 229 | Dong Jun | Lee |
| 230 | Tyreonica | Lee |
| 231 | Noah | Lewis |
| 232 | Mone | Lewis |
| 233 | Anthony | Limpus |
| 234 | Brian | Lindbergh |
| 235 | Luis | Lindo |
| 236 | Joe | Liziaga |
| 237 | William | Loew |
| 238 | Karysa | Lofgren |
| 239 | Dalton | Longley |
| 240 | Benjamin | Lopez |
| 241 | Guadalupe | Lopez |
| 242 | Marilda | Lorenzi |
| 243 | Kimberly | Louis |
| 244 | Joel | Lovelady |
| 245 | Jason | Lowe |

| | Claimant_First | Claimant_Last |
|---|---|---|
| 246 | Brian | Lowks |
| 247 | Shyvonne | Mack |
| 248 | Kevin | Maestas |
| 249 | Servando | Magadan |
| 250 | Amy | Magallanez |
| 251 | Joven | Magos |
| 252 | Christian | Mai |
| 253 | Margarita | Mancilla |
| 254 | Maria | Manzano Segovia |
| 255 | Ayanna | Mapp |
| 256 | Amber | Marley |
| 257 | Julius | Marmolejo |
| 258 | Matthew | Marsh |
| 259 | Sean | Marshall |
| 260 | Tamicia | Martin |
| 261 | Emmanuel | Martinez |
| 262 | Pedro | Martinez |
| 263 | Mark | Martinez |
| 264 | Stephanie | Martinez |
| 265 | Alejandra | Martinez |
| 266 | Jorge | Martinez |
| 267 | Ronald | Mason |
| 268 | Deanna | Mason |
| 269 | Candice | Mathis |
| 270 | Robert | May |
| 271 | Michael | Maye |
| 272 | Amber | Mays |
| 273 | Trusten | Mays |
| 274 | Devon | Mazure |
| 275 | Dana | Mcchristion |
| 276 | Aubray | Mccullough |
| 277 | Anna | Mcdowell |
| 278 | Kourtney | Mceachin |
| 279 | Douglas | Mcgee |
| 280 | Jaclyn | Mcguinness |
| 281 | John | Mckinnon |
| 282 | Anastasia | Mclelland |
| 283 | Connor | Meehan |
| 284 | Andrew | Meissner |
| 285 | Saophong | Mekdara |
| 286 | Monique | Menendez |
| 287 | Jerald | Mergerson |
| 288 | Stephanie | Meroni |
| 289 | Mariel | Meyer |
| 290 | Madonna | Milton |
| 291 | Marvette | Mims |
| 292 | Shameka | Min |
| 293 | Floydale | Moffitt |
| 294 | Ahmad | Mohammad |

| | Claimant_First | Claimant_Last |
|---|---|---|
| 295 | Margaret | Moline |
| 296 | Spencer | Montes |
| 297 | Richard | Montoya |
| 298 | Sierra | Moore |
| 299 | Jordann | Moore |
| 300 | Sylvannah | Moore |
| 301 | Jaime | Moreno |
| 302 | Adalberto | Mottu |
| 303 | Samuel | Munoz |
| 304 | Jose | Munoz |
| 305 | Jabahri | Neal |
| 306 | Sandra | Nemore |
| 307 | Tavarus | Nesbitt |
| 308 | Tiffany | Newby |
| 309 | Charmaine | Newton |
| 310 | Quan | Nguyen |
| 311 | Vinh | Nguyen |
| 312 | Christopher | Niehaus |
| 313 | Jameelah | Norris |
| 314 | Michael | Oltz |
| 315 | Moises | Orozco |
| 316 | Christina | Ortiz |
| 317 | Sheilacy | Owens |
| 318 | Wynter | Palmer |
| 319 | Albert | Parga |
| 320 | Karentessie | Pasion |
| 321 | Stephanie | Payan |
| 322 | Shauntisha | Payne |
| 323 | Brandon | Payne |
| 324 | Kendra | Pearson |
| 325 | Stevan | Pearson |
| 326 | Jonathan | Pena |
| 327 | Diego | Perez |
| 328 | Victoria | Perez |
| 329 | Promise | Peters |
| 330 | Hang | Pham |
| 331 | Niccole | Phylow |
| 332 | Maikol | Pineda |
| 333 | Marquisha | Pinkston |
| 334 | Roberto | Pinon |
| 335 | Jerry | Pinsoneault |
| 336 | Anthony | Portillo |
| 337 | Vincent | Pritchard |
| 338 | Ashley | Pritchard |
| 339 | Kelvin | Pugh |
| 340 | Herman | Quillion |
| 341 | Israel | Quintas |
| 342 | Melinda | Rabb |
| 343 | Jeff | Railey |

| | Claimant_First | Claimant_Last |
|---|---|---|
| 344 | Ricardo | Ramirez Bravo |
| 345 | Johnathon | Ramos |
| 346 | David | Randolph |
| 347 | Chris | Ray |
| 348 | Luis | Rea |
| 349 | Gabrielle | Recto |
| 350 | Ashlee | Reed |
| 351 | Jane | Regitz |
| 352 | Sasha | Rene |
| 353 | Courtney | Rheams |
| 354 | Alexander | Rhee |
| 355 | Sirvaunte | Rhodes |
| 356 | Sky | Rice |
| 357 | Daniel | Rios |
| 358 | Carmen | Rizo |
| 359 | Carlos | Robbins |
| 360 | Erik | Robillard |
| 361 | Tracey | Robinson |
| 362 | Angel | Rodriguez |
| 363 | Priscilla | Rodriguez |
| 364 | Ahiezer | Rodriguez |
| 365 | Alejandro | Rodriguez |
| 366 | Lafresha | Rogers |
| 367 | Adyn | Romahn |
| 368 | Mia | Rondone |
| 369 | Juan | Rosas |
| 370 | Ula | Ross |
| 371 | Jordan | Ross |
| 372 | Kayanna | Ross |
| 373 | Boback | Sajadpour |
| 374 | Anais | Sakaoghli |
| 375 | Jesus | Salas |
| 376 | Nathan | Sanbeck |
| 377 | Jorge | Sanchez |
| 378 | Theareasa | Sanders |
| 379 | Amanda | Sanders |
| 380 | Melanie | Scarpati |
| 381 | Damion | Scates |
| 382 | Lauren | Schorr |
| 383 | Neill | Schutzer |
| 384 | Connor | Schwab |
| 385 | Hasani | Scott |
| 386 | Shaun | Seeram |
| 387 | Kaila | Segarra |
| 388 | Michelle | Senart |
| 389 | Duncan | Shimojima |
| 390 | Kevin | Shirley Ii |
| 391 | Brittany | Shober |
| 392 | Joseph | Silvia |

| | Claimant_First | Claimant_Last |
|---|---|---|
| 393 | Ramy | Silyan |
| 394 | Gevargiz | Simon |
| 395 | Unique | Simpson |
| 396 | Simon | Sioni |
| 397 | Ashley | Smith |
| 398 | Roxiann | Smith |
| 399 | Jeremy | Smith |
| 400 | Melanie | Smith |
| 401 | Laquita | Smith |
| 402 | Monte | Smith |
| 403 | Anthony | Smith |
| 404 | Demarcus | Smith |
| 405 | Douglas | Smith |
| 406 | James | Smokes |
| 407 | Seiwaa | Sofala |
| 408 | Jocelyne | Solares |
| 409 | Mayo | Sosa |
| 410 | Tida | Soun |
| 411 | Shacole | Sparks |
| 412 | Savokia | Spignor |
| 413 | Peterson | St Jean |
| 414 | Cristal | Staunton |
| 415 | Steven | Steadman |
| 416 | Ciena | Steinbeck |
| 417 | Marlee | Stevens |
| 418 | Michael | Stilson |
| 419 | Erma | Stuart |
| 420 | Oliver | Szakall |
| 421 | Kenneth | Tang |
| 422 | Steven | Taren |
| 423 | Tawny | Taylor |
| 424 | Paul Philip | Tejedor |
| 425 | Eric | Tenort |
| 426 | Milan | Tett |
| 427 | Unique | Thomas |
| 428 | Andrew | Thomas |
| 429 | Lakeisha | Thomas |
| 430 | Tonea | Thomas |
| 431 | Marlicia | Thomas |
| 432 | Nauliatyce | Thompson |
| 433 | Tamika | Thompson |
| 434 | Courtney | Thompson |
| 435 | Jacob | Tierney |
| 436 | Nicole | Timmons |
| 437 | Alberto | Torres Rodriguez |
| 438 | Chanel | Tourgeman |
| 439 | Chelora | Trice |
| 440 | Kunleg | Tshering |
| 441 | Sheri | Tucker |

| | Claimant_First | Claimant_Last |
|---|---|---|
| 442 | Jerri | Usher |
| 443 | Anthony | Valera |
| 444 | Christin | Valle |
| 445 | James | Van Noy |
| 446 | Peder | Vang |
| 447 | Juan | Vasquez |
| 448 | Alexander | Vazquez |
| 449 | Della | Velasquez |
| 450 | Fanny | Vences |
| 451 | Omar Nogales | Verdin |
| 452 | Kiera | Waddy |
| 453 | Karttie | Wahoff |
| 454 | Laurence | Waight |
| 455 | Angie | Wallingford |
| 456 | Danielle | Ware |
| 457 | Brittany | Warren |
| 458 | Aleishia | Wash |
| 459 | Jhamil | Welton |
| 460 | Matthew | Wetta |
| 461 | Thomas | Whalen |
| 462 | Inishia | White |
| 463 | Emily | Wiese |
| 464 | Alicia | Williams |
| 465 | James | Williams |
| 466 | Armani | Williams |
| 467 | Tyler | Williams |
| 468 | Brett | Williams |
| 469 | Miesha | Willoughby |
| 470 | April | Wilton |
| 471 | Angela | Windom |
| 472 | David | Wolfe |
| 473 | Johnathan | Wolford |
| 474 | Emmanuel | Woods |
| 475 | Akeem | Woods |
| 476 | Lorenzo | Wuysang |
| 477 | Pocholo | Yatco |
| 478 | Jeff | Yen |
| 479 | Jessica | Younger |
| 480 | Lisa | Zepeda |

# Exhibit D

| | Claimant_First | Claimant_Last |
|---|---|---|
| 1 | Shakeil | Alexander |
| 2 | Loai | Alfarran |
| 3 | Justin | Aquino |
| 4 | Theo | Awdng |
| 5 | Spenser | Baker |
| 6 | Michaela | Barber |
| 7 | Tyjuan | Barber |
| 8 | Joseph | Barrile |
| 9 | Alina | Barrios |
| 10 | Lee | Baxter |
| 11 | Kumiko | Bell |
| 12 | Seifeddine | Ben Frej |
| 13 | Jacob | Bjorseth |
| 14 | Sasha | Broer |
| 15 | Gregory | Brown |
| 16 | Jeff | Bunnell |
| 17 | Erica | Call |
| 18 | Earnie | Campbell |
| 19 | Joshua | Canady |
| 20 | Christopher | Cardinelli |
| 21 | Michael | Carrieri |
| 22 | Alex | Castro |
| 23 | Dennise | Catto |
| 24 | Tarcisio | Cavalcante |
| 25 | Jason | Check |
| 26 | Bahareh | Chiniforoushan |
| 27 | Sylvia | Cooper |
| 28 | Darby | Darling |
| 29 | Nicole | Davis |
| 30 | Yvette | De Alba |
| 31 | Amy | Delgado |
| 32 | Ashley | Dickelman |
| 33 | Janita | Diggins |
| 34 | Morde | Ehrenfeld |
| 35 | Alan | Estrada |
| 36 | David | Ferguson |
| 37 | Randy | Flores |
| 38 | Timothy | Geirk |
| 39 | Justin | Gentile |
| 40 | Roy Samuel | Golingan |
| 41 | Dommonique | Green |
| 42 | Jared | Grogan |
| 43 | Collier | Harper |
| 44 | April | Harris |
| 45 | Regina | Hayes |
| 46 | Pierre | Holland |
| 47 | Zafar | Iqbal |
| 48 | K | Jimenez |
| 49 | William Ryan | Jones |

| | Claimant_First | Claimant_Last |
|---|---|---|
| 50 | Alexander | Julian |
| 51 | Myisha | Kee |
| 52 | Daryush | Khodadadi-Mobarakeh |
| 53 | Sarah | Kimzey |
| 54 | Cynthia | Klingelfuss |
| 55 | Andres | Leal |
| 56 | Mark | Lindbergh |
| 57 | Armoni | Lyles |
| 58 | Daniel | Maldonado |
| 59 | David | Manikad |
| 60 | Hector | Mariano |
| 61 | Sean | Mcallister |
| 62 | James | Mcgary |
| 63 | Victor | Melendez |
| 64 | Pedro | Mendes |
| 65 | Joovana | Mendoza |
| 66 | Mike | Montgomery |
| 67 | Micah | Moore |
| 68 | Gia | Moreno |
| 69 | Abraham | Navarro |
| 70 | Nick | Negoescu-Sanchez |
| 71 | Phi | Nguyen |
| 72 | Zoe | Noelle |
| 73 | Boris | Okhman |
| 74 | Saengamphay | Phommasane |
| 75 | Michael | Pierce |
| 76 | Tiffany | Price |
| 77 | Ashlee | Ray |
| 78 | Abdul | Rehman |
| 79 | Kimberly | Rochette |
| 80 | Nicholas | Romero |
| 81 | Monica | Salas |
| 82 | Renier | Sarmiento |
| 83 | Justin | Schultz |
| 84 | Edward | Smith |
| 85 | Elisha | Sullivan |
| 86 | Marki | Tafoya |
| 87 | Adrian | Toledo |
| 88 | Hammed | Umoru |
| 89 | Stephen | Urquidez |
| 90 | Eboni | White |
| 91 | Xzavier | White |
| 92 | Valentino | Wijaya |
| 93 | Dijon | Williams |
| 94 | Deanndra | Williams |
| 95 | Kareena | Wooder |