Ashley Keller (*pro hac vice*)
 ack@kellerlenkner.com
Travis Lenkner (*pro hac vice*)
 tdl@kellerlenkner.com
Marquel Reddish (*pro hac vice*)
 mpr@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

Warren Postman (*pro hac vice*)
 wdp@kellerlenkner.com
KELLER LENKNER LLC
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
(202) 749-8334

Keith A. Custis (#218818)
 kcustis@custislawpc.com
CUSTIS LAW, P.C.
1875 Century Park East, Suite 700
Los Angeles, California 90067
(213) 863-4276

*Attorneys for Petitioners*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| JAMAL ADAMS, et al., | Case No. 4:19-cv-03042-SBA |
| *Petitioners,* | **[PROPOSED] ORDER DENYING POSTMATES INC.'S MOTION TO STAY ORDER GRANTING IN PART AND DENYING IN PART CROSS-MOTIONS PENDING APPEAL** |
| vs. | |
| POSTMATES INC., | |
| *Respondent.* | **Hearing:**<br>**Judge:** Hon. Saundra B. Armstrong<br>**Date:** February 12, 2020<br>**Time:** 2:00 p.m. |

Postmates Inc. moved this Court for an order completely or temporarily staying this Court's Order to arbitrate (Dkt. 253) pending Postmates's appeal of the Order. The Court, having considered the motion and supporting papers, any opposition, reply, or other submissions of the parties, counsel's arguments, and any other material properly before the Court concludes that Postmates has failed to show that a complete stay pending appeal is warranted because none of the *Nken* factors tip in its favor. *See Nken v. Holder*, 556 U.S. 418, 434 (2009). The Court further finds that a temporary stay of its Order is not warranted under these circumstances. *See Kadant Johnson Inc. v. D'Amico*, No. 3:12-MC-00126-SI, 2012 WL 2019648, at *4 (D. Or. June 5, 2012); *see also Gillette v. Uber Techs.*, No. C-14-5241 EMC, 2015 WL 4481706, at *7 (N.D. Cal. July 22, 2015). Accordingly, and for good cause shown, this Court hereby DENIES Postmates's motion for a stay pending its appeal.

**IT IS SO ORDERED.**

Dated: _____

Hon. Saundra B. Armstrong
United States District Judge

[PROPOSED] ORDER DENYING POSTMATES INC.'S MOTION TO STAY ORDER GRANTING IN PART AND DENYING IN PART CROSS-MOTIONS PENDING APPEAL
CASE NO. 4:19-cv-03042-SBA