Ashley Keller (*pro hac vice*)
  ack@kellerlenkner.com
Travis Lenkner (*pro hac vice*)
  tdl@kellerlenkner.com
Marquel Reddish (*pro hac vice*)
  mpr@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

Warren Postman (*pro hac vice*)
  wdp@kellerlenkner.com
KELLER LENKNER LLC
1300 I Street N.W., Suite 400E
Washington, D.C. 20005
(202) 879-3939

Keith A. Custis (#218818)
  kcustis@custislawpc.com
CUSTIS LAW, P.C.
1875 Century Park East, Suite 700
Los Angeles, California 90067
(213) 863-4276

*Attorneys for Petitioners*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| JAMAL ADAMS, et al., <br><br> *Petitioners,* <br><br> vs. <br><br> POSTMATES INC., <br><br> *Respondent.* | Case No. 4:19-cv-03042-SBA <br><br> **PETITIONERS' STATEMENT OF RECENT DECISION RELEVANT TO THIS COURT'S ORDER TO SHOW CAUSE** <br><br> **Judge:**   Hon. Saundra B. Armstrong |

Pursuant to Local Rule 7-3(d)(2), Petitioners respectfully submit the recent decision of the United States District Court for the Northern District of California in *Abernathy, et al. v. DoorDash, Inc.* (No. 19-cv-07545-WHA) and *Boyd, et al. v. DoorDash, Inc.* (No. 19-cv-07646-WHA), *Abernathy* Dkt. 177 (February 10, 2020), which is relevant to this Court's Order to Show Cause (Dkt. 258). A copy of the decision is attached as Exhibit A.

Dated: February 11, 2020

Respectfully submitted,

/s/ Ashley Keller
Ashley Keller (*pro hac vice*)
  ack@kellerlenkner.com
Travis Lenkner (*pro hac vice*)
  tdl@kellerlenkner.com
Marquel Reddish (*pro hac vice*)
  mpr@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

Warren Postman (*pro hac vice*)
  wdp@kellerlenkner.com
KELLER LENKNER LLC
1300 I Street N.W., Suite 400E
Washington, D.C. 20005
(202) 879-3939

Keith A. Custis (#218818)
  kcustis@custislawpc.com
CUSTIS LAW, P.C.
1875 Century Park East, Suite 700
Los Angeles, California 90067
(213) 863-4276

*Attorneys for Petitioners*