THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
  dmanthripragada@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

MICHELE L. MARYOTT, SBN 191993
  mmaryott@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone: 949.451.3800
Facsimile:  949.451.4220

Attorneys for Respondent POSTMATES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMAL ADAMS, et al., | Case No. 4:19-cv-03042-SBA |
| Petitioners, | **POSTMATES INC.'S RESPONSE TO PETITIONERS' ADMINISTRATIVE MOTION TO SUPPLEMENT THE RECORD** |
| v. | |
| POSTMATES INC., | Judge:     Hon. Saundra B. Armstrong |
| Respondent. | |

Petitioners have filed an administrative motion and supporting declaration that fail to submit any new information that is relevant to the proceedings before the Court.  Postmates already informed the Court that it paid filing fees for 50 Petitioners (Dkt. 266-1 ¶ 3), and the parties' appellate briefs speak for themselves and are irrelevant to any pending matter in this Court.  Moreover, the draft declaration that Petitioners sent Postmates contained additional information to which Postmates could not stipulate and that Petitioners removed before filing their motion.  And Petitioners filed their motion (which improperly attempts to reargue their show cause motion) without meeting-and-conferring by telephone.  Civ. L.R. 1-5(n).  In any event, if the Court is inclined to consider the information attached to the declaration, Postmates does not object.

Dated: May 7, 2020

THEANE EVANGELIS
DHANANJAY S. MANTHRIPRAGADA
MICHELE L. MARYOTT
GIBSON, DUNN & CRUTCHER LLP

By:  /s/ *Theane Evangelis*
       Theane Evangelis

Attorneys for Respondent POSTMATES INC.