Ashley Keller (*pro hac vice*)
  ack@kellerlenkner.com
Travis Lenkner (*pro hac vice*)
  tdl@kellerlenkner.com
Marquel Reddish (*pro hac vice*)
  mpr@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

Warren Postman (*pro hac vice*)
  wdp@kellerlenkner.com
KELLER LENKNER LLC
1300 I Street N.W., Suite 400E
Washington, D.C. 20005
(202) 879-3939

Keith A. Custis (#218818)
  kcustis@custislawpc.com
CUSTIS LAW, P.C.
1999 Avenue of the Stars, Suite 1100
Los Angeles, California 90067
(213) 863-4276

*Attorneys for Petitioners*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| JAMAL ADAMS, et al., | Case No. 4:19-cv-03042-SBA |
| *Petitioners,* | **PETITIONERS' STATEMENT OF RECENT DECISION RELEVANT TO THIS COURT'S ORDER TO SHOW CAUSE** |
| vs. | |
| POSTMATES INC., | **Judge:**     Hon. Saundra B. Armstrong |
| *Respondent.* | |

Pursuant to Local Rule 7-3(d)(2), Petitioners respectfully submit the recent decision of the United States District Court for the Northern District of Illinois in *McClenon, et al. v. Postmates Inc.* (No. 19-cv-06415), Dkt. 51 (July 20, 2020), which is relevant to this Court's Order to Show Cause (Dkt. 258). A copy of the decision is attached as Exhibit A.

Dated: July 21, 2020

Respectfully submitted,

/s/ Marquel Reddish
Marquel Reddish (*pro hac vice*)
  mpr@kellerlenkner.com
Ashley Keller (*pro hac vice*)
  ack@kellerlenkner.com
Travis Lenkner (*pro hac vice*)
  tdl@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

Warren Postman (*pro hac vice*)
  wdp@kellerlenkner.com
KELLER LENKNER LLC
1300 I Street N.W., Suite 400E
Washington, D.C. 20005
(202) 879-3939

Keith A. Custis (#218818)
  kcustis@custislawpc.com
CUSTIS LAW, P.C.
1999 Avenue of the Stars, Suite 1100
Los Angeles, California 90067
(213) 863-4276

*Attorneys for Petitioners*