UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMAL ADAMS, et al.<br><br>Petitioners,<br><br>vs.<br><br>POSTMATES, INC.,<br><br>Respondent. | Case No: 19-3042 SBA<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING** |

On October 22, 2019, the Court issued its Order Granting in Part and Denying in Part Petitioners' Motion to Compel Arbitration and Respondent's Cross-Motion to Compel Arbitration and Stay Proceedings. Dkt. 253. Plaintiffs subsequently filed a Motion for an Order for Postmates to Show Cause Why It Should Not Be Held in Civil Contempt, which the Court granted. Dkt. 256, 258.

The Ninth Circuit recently affirmed the Court's order compelling arbitration. Dkt. 275. In light of the Ninth Circuit's ruling, coupled with developments between the Court and the appellate court's rulings, it is unclear whether any controversy presently remains regarding Defendant's compliance with the Court's order. Accordingly,

IT IS HEREBY ORDERED THAT the parties shall submit a joint supplemental memorandum which addresses whether there are any outstanding issues regarding Defendant's compliance with the Court's order compelling arbitration. If there are no such issues, the parties shall address whether the order show cause may be discharged. However, to the extent that any outstanding issue remain, the parties shall identify those

issues and address what course of action the Court should take in terms of resolving the show cause order.  The parties shall meet and confer regarding the foregoing and thereafter file their joint memorandum by no later than October 22, 2020.

IT IS SO ORDERED.

Dated:  10/08/20

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge