THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
  dmanthripragada@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

MICHELE L. MARYOTT, SBN 191993
  mmaryott@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone: 949.451.3800
Facsimile:  949.451.4220

Attorneys for Respondent POSTMATES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| JAMAL ADAMS, et al., | Case No. 4:19-cv-03042-SBA |
|---|---|
| Petitioners, | **AMENDED FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT AND CIVIL L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| POSTMATES INC., | |
| Respondent. | |

Gibson, Dunn &
Crutcher LLP

AMENDED FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT AND CIVIL L.R. 3-15 CERTIFICATION OF
INTERESTED ENTITIES – CASE NO. 4:19-CV-03042

1   Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Postmates Inc. makes this corporate

2   disclosure statement:

3   Uber Technologies, Inc. is the parent corporation of Postmates, LLC f/k/a Postmates Inc. Uber

4   Technologies, Inc. is a publicly held corporation.

5   Pursuant to Civil Local Rule 3-15, the undersigned, counsel of record for Defendant, certifies

6   that the following listed entity has a financial interest in a party to the proceeding:

7   Uber Technologies, Inc.

8

9   Dated:  December 18, 2020

10                                      THEANE EVANGELIS
                                        MICHELE L. MARYOTT
11                                      BRADLEY J. HAMBURGER
                                        DHANANJAY S. MANTHRIPRAGADA
12                                      GIBSON, DUNN & CRUTCHER LLP

13
                                        By:   /s/ *Theane Evangelis*
14                                           Theane Evangelis

15                                      Attorneys for Respondent POSTMATES INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

2
AMENDED FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT AND CIVIL L.R. 3-15 CERTIFICATION OF
INTERESTED ENTITIES – CASE NO. 4:19-CV-03042