Anthony Spencer
#02636081
FCC-Yazoo City Medium
P.O. Box 5000
Yazoo City, MS 39194-5000

**FILED**
JAN 15 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
1/14/2021

Case No. C-18-05982-(WHA)-(JSC)- SBA

Clerk of the Court

RE: REQUEST FOR CLAIM FORM / REQUEST FOR COURT DOCKET
Adkins, et. al. v. Facebook, Inc.

Dear Settlement Administrator/Claims Administrator / Clerk of the Court:

Respectfully I submit this letter in regards to the above cited class action civil suit. As a class Member, I have yet to receive a current CLAIM FORM.

Upon receipt of this letter, could you please send me a CLAIM FORM. I would greatly appreciate it. As you know there are deadlines and/or closing dates to meet a claim filing. Your valued prompt response and help with this pertinent matter would be very much appreciated. I look forward to your prompt response. Should you have any further questions and/or concerns, please feel free to contact me. Thank you again. I remain.

Sincerely:

Anthony Spencer /Claimant

CC: FILE
ads : cc/sa/ca

Enclosures: SASE

Anthony Spencer #02636-081
Federal Correctional Complex Yazoo City Medium
P.O. Box 5000 Yazoo City, MS 39194

U.S. District Court
Northern District of California
Clerk of the Court
U.S. Courthouse - 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

RECEIVED
JAN 15 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

JACKSON MS 390



JACKSON MS 390

1 JAN 2021 PM 2 L

YAZ... 39194
...LEX

THE ENCLOSED LETTER WAS PROCESSED
ON 01/12/21 THROUGH SPECIAL
MAIL PROCEDURES.

...as neither been opened or inspected if
...es a... ...tive or problem over which
...sjur... ...u may wish to
...ria... ...n or
...tion of th...
...e fo...
...use ro... ...the above

Anthony Spencer #02636-081
FCC Yazoo City Medium
P.O. Box 5000
Yazoo City, MS 39194-5000