Ashley Keller (*pro hac vice*)
  ack@kellerlenkner.com
Travis Lenkner (*pro hac vice*)
  tdl@kellerlenkner.com
Marquel Reddish (*pro hac vice*)
  mpr@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

Warren Postman (#330869)
  wdp@kellerlenkner.com
KELLER LENKNER LLC
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
(202) 749-8334

Keith A. Custis (#218818)
  kcustis@custislawpc.com
CUSTIS LAW, P.C.
1999 Avenue of the Stars, Suite 1100
Los Angeles, California 90067
(213) 863-4276

*Attorneys for Petitioners*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| JAMAL ADAMS, et al.,<br><br>                    *Petitioners*,<br><br>        v.<br><br>POSTMATES INC.,<br><br>                    *Respondent*. | Case No.      4:19-cv-03042-SBA<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL**<br><br>Judge:        Hon. Saundra B. Armstrong |

1   The parties to this action, acting through counsel and pursuant to Federal Rule of Civil

2   Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action and withdrawal of all

3   pending motions, including all claims stated herein against all parties, with each party to bear its

4   own attorney's fees and costs.

5

6   Dated: April 7, 2021                    By:    /s/ Theane Evangelis
                                                    Theane Evangelis (#243570)
7                                                     tevangelis@gibsondunn.com
                                                    GIBSON, DUNN & CRUTCHER LLP
8                                                   333 South Grand Avenue
                                                    Los Angeles, California 90071-3197
9                                                   (213) 229-7000

10
                                                    Attorney for Respondent
11                                                  Postmates Inc.

12

13
    Dated: April 7, 2021                    By:    /s/ Ashley Keller
14                                                  Ashley Keller (pro hac vice)
                                                      ack@kellerlenkner.com
15                                                  KELLER LENKNER LLC
                                                    150 N. Riverside Plaza, Suite 4270
16                                                  Chicago, Illinois 60606
                                                    (312) 741-5220
17
                                                    Attorney for Petitioners
18

19

20

21

22

23

24

25

26

27

28

1

<u>**DECLARATION OF FILING PURSUANT TO CIVIL LOCAL RULE 5-1(i)**</u>

2

I attest that concurrence in the filing of this document has been obtained from each

3

signatory.

4

5

Dated: April 7, 2021

<u>/s/ Ashley Keller</u>

6

Ashley Keller (*pro hac vice*)
 ack@kellerlenkner.com

7

KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606

8

(312) 741-5220

9

*Attorney for Petitioners*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>ORDER</u>

2         The Stipulation is approved. The entire action, including all claims stated herein against

3  all parties and all pending motions, is hereby dismissed and the case is closed.

4

5

6  Dated: April 8, 2021

7                                                        Hon. Saundra B. Armstrong
                                                        Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28